UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| VS. | § CR. NO. 7:14-cr-00482-1 |
| | § |
| **GUADALUPE TREVINO** | § |

## NOTICE OF APPEAL

On this the 17TH day of July, 2014, notice is hereby given that **GUADALUPE TREVINO**, Defendant above named, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment of Conviction and Sentence entered in the above styled and numbered cause on July 17, 2014.

Respectfully submitted,

ROBERTO J. YZAGUIRRE
6521 N. 10th, Suite A
McAllen, Texas  78504
(956) 682-4308
(956) 682-7864 (fax)

BY: **/s/ *Roberto J. Yzaguirre***
ROBERTO J. YZAGUIRRE
ADMISSIONS I.D. #4049
STATE BAR #22234000
COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of July, 2014, a true and correct copy of the foregoing Notice of Appeal was delivered to the United States Attorney's Office, Mr. Christopher Sully, AUSA, McAllen, Texas 78501.

                                                              /s/ *Roberto J. Yzaguirre*
                                                            ROBERTO J. YZAGUIRRE