# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 22, 2014

Mr. Roberto Jose Yzaguirre
Yzaguirre & Chapa
6521 N. 10th Street
Suite A
McAllen, TX 78504-0000

        No. 14-40770     USA v. Guadalupe Trevino
                USDC No. 7:14-CR-482-1

Dear Mr. Yzaguirre,

We have docketed your appeal.

The district court advises no judgment and commitment order has
been entered.  We will set no deadlines at this time.  When we are
notified the judgment and commitment order is filed we will advise
you when your transcript order, etc. will be due at this court.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _/s/ Brandy Lemelle_____
                        Brandy Lemelle, Deputy Clerk
                        504-310-7714

cc:
    Ms. Renata Ann Gowie