_____

NO. 14-40770
_____

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

V.

GUADALUPE TREVINO,

                Defendant - Appellant.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION
_____

APPELLANT'S RECORD EXCERPTS

                ROBERTO J. YZAGUIRRE
                Attorney for Appellant
                6521 N. 10th, Suite A
                McAllen, Texas  78504
                (956) 682-4308
                (956) 682-7864 (fax)
                State Bar #04115000

NOVEMBER, 2014

# **TABLE OF CONTENTS**

**TAB NO.**

DOCKET SHEET . . . . . . . . . . . . . . . . . . . 1

CRIMINAL INFORMATION . . . . . . . . . . . . . . . 2

JUDGMENT AND SENTENCE . . . . . . . . . . . . . . 3

NOTICE OF APPEAL . . . . . . . . . . . . . . . . . 4

CERTIFICATE OF SERVICE . . . . . . . . . . . . . . 5

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Appellant's Record Excerpts were delivered to Ms. Renata Ann Gowie, United States Attorney's Office, c/o U.S. Marshal's Office, 515 Rusk, Houston, Texas 77002, on this the 19th day of November, 2014.

　　　　　　　　　　　　　　　　　　　/s/ Roberto J. Yzaguirre
　　　　　　　　　　　　　　　　　　　ROBERTO J. YZAGUIRRE

# TAB 1

# TAB 2

# TAB 3

# TAB 4

# TAB 5