IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-40770
Summary Calendar

D.C. Docket No. 7:14-CR-482-1

United States Court of Appeals
Fifth Circuit
**FILED**
April 22, 2015
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

GUADALUPE TREVINO, also known as Lupe Trevino,

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, McAllen

Before SMITH, WIENER, and ELROD, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.